**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

SUBLIME SYSTEMS, INC.,

       *Plaintiff*,

   v.

UNITED STATES OF AMERICA,

      *Defendant*.

Case No. 26-458-C

## PLAINTIFF'S PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR AN EXTENSION

Plaintiff Sublime Systems, Inc. respectfully opposes Defendant's request for a forty-day extension. In ordinary circumstances, Sublime would consent to the requested extension, but any delay would substantially prejudice Sublime given the existential threat the company faces from the award termination at issue in this case. As a matter of comity, however, Sublime consents to a fourteen-day extension.

Sublime is a startup technology company that has developed a proprietary process for manufacturing high-performance cement with substantially lower carbon emissions than existing technology. Sublime was prepared to demonstrate its technology and fulfill already-entered commercial agreements with its customers by building its first cement manufacturing facility in Holyoke, Massachusetts, relying on the $87 million cooperative agreement with the Department of Energy.

The government's termination of Plaintiff's cooperative agreement has been devastating to Sublime. As has been publicly reported, Sublime has been forced to stop development of the Holyoke facility, and it had to lay off approximately two-thirds of its workforce in March 2026,

after an earlier 10% reduction in December 2025.[1] The company's continued viability will be jeopardized by any substantial delay in adjudicating this case.  Plaintiff has communicated these time sensitivities to counsel for the government throughout the parties' recent discussions and has indicated consistently that Sublime would be unable to consent to a long extension for these reasons. Time is of the essence to Sublime, and Sublime therefore respectfully asks that the Court limit any extension to fourteen days.

Dated: May 21, 2026                                  Respectfully submitted,

                                                     /s/ *Daniel F. Jacobson*
                                                     Daniel F. Jacobson
                                                     John Robinson
                                                     Brian C. Rosen-Shaud
                                                     JACOBSON LAWYERS GROUP PLLC
                                                     5100 Wisconsin Ave. NW, Suite 301
                                                     Washington, DC 20016
                                                     Tel: (301) 823-1148
                                                     dan@jacobsonlawyersgroup.com

                                                     *Counsel for Plaintiff*

---

[1] Maria Gallucci, *Clean Cement Startup Sublime Cuts Jobs After Trump Pulled Funding*, Canary Media (Mar. 12, 2026), https://www.canarymedia.com/articles/clean-industry/clean-cement-startup-sublime-cuts-jobs; Matthew Thibault, *Cement Producer Pauses Factory Construction After Funding Pullback*, Construction Dive (Dec. 12, 2025), https://www.constructiondive.com/news/sublime-pauses-factory-construction-funding-pullback/807835; Lucas Sposito, *US Cement Maker Sublime Systems pauses Holyoke plant after losing federal* grant, S&P Global (Dec. 11, 2025), https://www.spglobal.com/energy/en/news-research/latest-news/fertilizers/121125-us-cement-maker-sublime-systems-pauses-holyoke-plant-after-losing-federal-grant.