# In the United States Court of Federal Claims

| | | |
|---|---|---|
| SUBLIME SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 26-458<br>(Filed: September 9, 2026) |

**SCHEDULING ORDER**

As discussed at the September 9 scheduling conference, the Court adopts the following schedule:

Fact discovery will close on **February 9, 2027**. The parties will submit joint status reports every 30 days informing the Court of what discovery the parties have conducted in the preceding 30 days. and if there are any matters that require the Court's intervention. The first such report is due **October 9, 2026**.

Immediately after fact discovery closes, expert discovery will open and continue for 3 months, ending on **May 10, 2027**.

Simultaneous with the period of expert discovery, the Court will entertain motions for summary judgment as to liability. The summary judgment briefing schedule will be as follows: Any motion for summary judgment on behalf of the plaintiff shall be filed no later than **March 9, 2027**; the government's response and cross-motion shall be due no later than **30 days after the plaintiff's brief is filed**; the plaintiff's response and reply shall be due no later than **21 days after the government's response and cross-motion is filed**; and the government's reply shall be due no later than **14 days after the plaintiff's response brief is filed**. Summary judgment briefing will therefore conclude no later than **May 13, 2027**.

If issues remain for trial after the conclusion of summary judgment proceedings, the Court anticipates scheduling a trial for either August or September 2027.

**IT IS SO ORDERED.**

s/ Elaine D. Kaplan
ELAINE D. KAPLAN
Judge